■ DANIEL E. WAGNER et al., Respondents, v CONCEPT CONSTRUCTION CORP. et al., Appellants. [782 NYS2d 686]—Appeals from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered August 5, 2003. The order granted plaintiffs' motion for partial summary judgment on the issue of liability under Labor Law § 240 (1) and denied defendants' cross motions for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Gorski, Martoche and Hayes, JJ.